UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENJAMIN DARRYL JOHNSON**<br>and **DANA JOHNSON**, husband and wife<br>12511 Sandra Lee Court<br>Monrovia, Maryland 21770-9032<br><br>          Plaintiffs,<br><br>     vs.<br><br>**EUROCOPTER S.A.S.**<br><br>          and<br><br>**AMERICAN EUROCOPTER LLC**<br><br>          and<br><br>**UNITED TECHNOLOGIES CORPORATION**<br><br>          and<br><br>**UNITED TECHNOLOGIES CORPORATION**<br>     d/b/a **PRATT & WHITNEY**<br><br>          and<br><br>**PRATT & WHITNEY CANADA**<br>**CORPORATION**<br><br>          and<br><br>**HAMILTON SUNDSTRAND CORPORATION,**<br><br>          Defendants. | Civil Action No. 1:08-cv-917-RMC |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT UNITED
TECHNOLOGIES CORPORATION TO FILE RESPONSIVE PLEADING**

The parties have stipulated and agreed, through their undersigned counsel, pending Court approval, that the time within which defendant United Technologies Corporation[1] may move, answer, or otherwise respond to the Complaint filed in the captioned matter is extended through and including August 4, 2008.

Respectfully submitted this 20th day of June, 2008.

| | |
|---|---|
| ___/s/ Peter C. Grenier_____ | ___/s/ Hamilton P. Fox, III_____ |
| Peter C. Grenier | Hamilton P. Fox, III |
| Bode & Grenier, LLP | Sutherland Asbill & Brennan LLP |
| 1150 Connecticut Avenue, NW | 1275 Pennsylvania Avenue NW |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| Phone: (202) 862-4311 | Phone: (202) 383-0666 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant United Technologies Corporation* |

---

[1] The parties' understanding is that United Technologies Corporation is the only defendant to be served thus far with the plaintiffs' Complaint.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June, 2008, I electronically filed the "Consent Motion To Extend Time For Defendant United Technologies Corporation To File Responsive Pleading" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter C. Grenier
Bode & Grenier, LLP
1150 Connecticut Avenue, NW
Washington, D.C. 20036
Phone: (202) 862-4311
*Counsel for Plaintiffs*

                                                      ___/s/ Hamilton P. Fox, III_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENJAMIN DARRYL JOHNSON ) <br> and DANA JOHNSON, husband and wife ) <br> 12511 Sandra Lee Court ) <br> Monrovia, Maryland 21770-9032 ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EUROCOPTER S.A.S. ) <br> ) <br> and ) <br> ) <br> AMERICAN EUROCOPTER LLC ) <br> ) <br> and ) <br> ) <br> UNITED TECHNOLOGIES CORPORATION ) <br> ) <br> and ) <br> ) <br> UNITED TECHNOLOGIES CORPORATION ) <br>   d/b/a PRATT & WHITNEY ) <br> ) <br> and ) <br> ) <br> PRATT & WHITNEY CANADA ) <br> CORPORATION ) <br> ) <br> and ) <br> ) <br> HAMILTON SUNDSTRAND CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action No. 1:08-cv-917-RMC |

**ORDER**

The Court hereby **GRANTS** the parties' Consent Motion To Extend Time For Defendant United Technologies Corporation To File Responsive Pleading, and hereby **ORDERS** that the responsive pleading of Defendant United Technologies Corporation is due by August 4, 2008.

                                                                       _____

Rosemary M. Collyer
United States District Judge