UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN DARRYL JOHNSON<br>and DANA JOHNSON, husband and wife<br>12511 Sandra Lee Court<br>Monrovia, Maryland 21770-9032<br><br>Plaintiffs,<br><br>vs.<br><br>EUROCOPTER S.A.S.<br><br>and<br><br>AMERICAN EUROCOPTER LLC<br><br>and<br><br>UNITED TECHNOLOGIES CORPORATION<br><br>and<br><br>UNITED TECHNOLOGIES CORPORATION<br>d/b/a PRATT & WHITNEY<br><br>and<br><br>PRATT & WHITNEY CANADA<br>CORPORATION<br><br>and<br><br>HAMILTON SUNDSTRAND CORPORATION,<br><br>Defendants. | Civil Action No. 1:08-cv-917-RMC |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS UNITED
TECHNOLOGIES CORPORATION, UNITED TECHNOLOGIES CORPORATION
D/B/A PRATT & WHITNEY, PRATT & WHITNEY CANADA CORPORATION, AND
HAMILTON SUNDSTRAND CORPORATION TO FILE RESPONSIVE PLEADING**

The parties have stipulated and agreed, through their undersigned counsel, pending Court approval, that the time within which defendants United Technologies Corporation, United Technologies Corporation d/b/a Pratt & Whitney, Pratt & Whitney Canada Corporation, and Hamilton Sundstrand Corporation may move, answer, or otherwise respond to the Complaint filed in the captioned matter be extended through and include August 18, 2008.

Respectfully submitted this 11th day of August, 2008.

| | |
|---|---|
| ___/s/ Peter C. Grenier____ | ___/s/ Hamilton P. Fox, III___ |
| Peter C. Grenier | Hamilton P. Fox, III |
| Bode & Grenier, LLP | Sutherland Asbill & Brennan LLP |
| 1150 Connecticut Avenue, NW | 1275 Pennsylvania Avenue, NW |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| Phone: (202) 862-4311 | Phone: (202) 383-0666 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants United Technologies Corporation, United Technologies Corporation d/b/a Pratt & Whitney, Pratt & Whitney Canada Corporation, and Hamilton Sundstrand Corporation* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of August, 2008, I electronically filed the "Consent Motion To Extend Time for Defendants United Technologies Corporation, United Technologies Corporation d/b/a Pratt & Whitney, Pratt & Whitney Canada Corporation, and Hamilton Sundstrand Corporation To File Responsive Pleading" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Peter C. Grenier
>Bode & Grenier, LLP
>1150 Connecticut Avenue, NW
>Washington, D.C. 20036
>Phone: (202) 862-4311
>
>*Counsel for Plaintiffs*

                                                      ___/s/__Hamilton P. Fox, III_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BENJAMIN DARRYL JOHNSON ) <br> and DANA JOHNSON, husband and wife ) <br> 12511 Sandra Lee Court ) <br> Monrovia, Maryland 21770-9032 ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EUROCOPTER S.A.S. ) <br> ) <br> and ) <br> ) <br> AMERICAN EUROCOPTER LLC ) <br> ) <br> and ) <br> ) <br> UNITED TECHNOLOGIES CORPORATION ) <br> ) <br> and ) <br> ) <br> UNITED TECHNOLOGIES CORPORATION ) <br> d/b/a PRATT & WHITNEY ) <br> ) <br> and ) <br> ) <br> PRATT & WHITNEY CANADA ) <br> CORPORATION ) <br> ) <br> and ) <br> ) <br> HAMILTON SUNDSTRAND CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action No. 1:08-cv-917-RMC |

## ORDER

The court hereby **GRANTS** the parties' Consent Motion To Extend Time for Defendants

United Technologies Corporation, United Technologies Corporation d/b/a Pratt & Whitney, Pratt

SUTHERLAND 7994870.1

& Whitney Canada Corporation, and Hamilton Sundstrand Corporation To File Responsive Pleading, and hereby **ORDERS** that the responsive pleading of these Defendants is due by August 18, 2008.

 

                                                      _____
                                                      Rosemary M. Collyer
                                                      United States District Judge