UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN DARRYL JOHNSON<br>and DANA JOHNSON, husband and wife<br>12511 Sandra Lee Court<br>Monrovia, Maryland 21770-9032<br><br>    Plaintiffs,<br><br>vs.<br><br>EUROCOPTER S.A.S.<br><br>and<br><br>AMERICAN EUROCOPTER LLC<br><br>and<br><br>UNITED TECHNOLOGIES CORPORATION<br><br>and<br><br>UNITED TECHNOLOGIES CORPORATION<br>  d/b/a PRATT & WHITNEY<br><br>and<br><br>PRATT & WHITNEY CANADA<br>CORPORATION<br><br>and<br><br>HAMILTON SUNDSTRAND CORPORATION,<br><br>    Defendants. | Civil Action No. 1:08-cv-917-RMC |

**DEFENDANTS UNITED TECHNOLOGIES CORPORATION;
UNITED TECHNOLOGIES CORPORATION D/B/A PRATT & WHITNEY;
PRATT & WHITNEY CANADA CORPORATION; AND
HAMILTON SUNDSTRAND CORPORATION'S
ANSWER TO PLAINTIFFS' COMPLAINT FOR MONEY DAMAGES**

Defendants United Technologies Corporation ("UTC"); United Technologies Corporation d/b/a Pratt & Whitney; Pratt & Whitney Canada Corporation ("Pratt & Whitney Canada"); and Hamilton Sundstrand Corporation ("Hamilton Sundstrand") answer the Plaintiffs' Complaint for Money Damages as follows:

## AS TO JURISDICTION

1. UTC, United Technologies Corporation d/b/a Pratt & Whitney, Pratt & Whitney Canada, and Hamilton Sundstrand submit to the jurisdiction of this court for this case only. UTC is the ultimate parent corporation and has no involvement with the facts as alleged in the Complaint. United Technologies Corporation d/b/a Pratt & Whitney is a Division of UTC and is not a separately incorporated company and has no involvement with the facts as alleged in the Complaint. Both Pratt & Whitney Canada and Hamilton Sundstrand are wholly-owned subsidiaries of UTC.

2. Proper venue in the District of Columbia is admitted.

## AS TO BACKGROUND

3. The answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and accordingly deny same at present.

4. Admitted in part, denied in part. The fact that a Eurocopter EC-135P1 crashed at approximately 4:45 p.m. EDT on May 30, 2006 is admitted. The answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and accordingly deny the same at present.

5. It is admitted that Pratt & Whitney Canada manufactured the engine and that Hamilton Sundstrand manufactured the full authority digital engine control system ("FADEC")

of the Eurocopter EC-135 helicopter identified in the Complaint. Both Pratt & Whitney Canada and Hamilton Sundstrand published manuals in connection with those systems. The balance of the allegations contained herein are denied.

6. The allegations of this paragraph are denied.

7. The answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and accordingly deny the same at present.

## AS TO FIRST CLAIM FOR DAMAGES AGAINST ALL DEFENDANTS BASED ON NEGLIGENCE

8. The answering Defendants repeat and re-allege all foregoing responses to Plaintiffs' Complaint for Money Damages as though fully set forth at length herein.

9. The allegations of this paragraph states conclusions of law to which no response is required. To the extent this paragraph contains factual allegations, those allegations are denied.

10. The allegations of this paragraph are denied.

11. The allegations of this paragraph are denied.

12. The allegations of this paragraph are denied.

## AS TO SECOND CLAIM FOR DAMAGES AGAINST ALL DEFENDANTS BASED ON STRICT PRODUCTS LIABILITY

13. The answering Defendants repeat and re-allege all foregoing responses to Plaintiffs' Complaint for Money Damages as though fully set forth at length herein.

14. The allegations of this paragraph are denied.

15. The allegations of this paragraph are denied.

16. The allegations of this paragraph states conclusions of law to which no response is required. To the extent this paragraph contains factual allegations, those allegations are denied.

17. The allegations of this paragraph are denied.

18. The allegations of this paragraph are denied.

### AS TO THIRD CLAIM FOR DAMAGES AGAINST ALL DEFENDANTS BASED ON BREACH OF WARRANTY

19. The answering Defendants repeat and re-allege all foregoing responses to Plaintiffs' Complaint for Money Damages as though fully set forth at length herein.

20. The allegations of this paragraph states conclusions of law to which no response is required. To the extent this paragraph contains factual allegations, they are denied.

21. The allegations of this paragraph are denied.

22. The allegations of this paragraph are denied.

23. The allegations of this paragraph are denied.

### AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint for Money Damages fails to state a claim upon which relief may be granted.

2. Any injuries or damages sustained by the Plaintiffs in this action were caused by the actions or inactions of individuals or entities over whom the answering Defendants had no control or right to control.

3. Plaintiffs were contributorily negligent.

4. Plaintiffs assumed the risks of their activities.

5. Plaintiffs' claims are barred by the doctrines of waiver, estoppel, and laches.

6. The negligent acts or omissions of individuals or entities other than the answering Defendants constituted intervening, superseding acts of negligence.

7. The engine and FADEC system in the Eurocopter EC-135 helicopter referenced in the Complaint were "state of the art" at the time of design and manufacturing.

8. Plaintiffs have failed to mitigate damages.

9. The Plaintiffs' breach of warranty claim is barred because of lack of privity between the plaintiffs and the answering Defendants.

10. If Plaintiffs were damaged by a product manufactured by any of the answering Defendants, which the answering Defendants expressly deny, such product was intended and sold to knowledgeable and sophisticated users over whom the answering Defendants had no control, and who were fully informed of the risks and dangers of improperly using said product. The answering Defendants had no duty to warn Plaintiffs or to further warn the knowledgeable users of risks and dangers, if any, associated with the product. Whatever damages, if any, Plaintiffs sustained were proximately caused by the failure of the knowledgeable user of the product to use it in the manner for which, and the manner in which, it was intended to be used.

11. The answering Defendants assert and incorporate any Affirmative Defense raised by any other Defendant in this case.

12. The answering Defendants reserve the right, upon completion of their investigation and discovery, to file such additional defenses, cross claims and/or third-party claims as may be appropriate.

**WHEREFORE**, UTC, United Technologies d/b/a Pratt & Whitney, Pratt & Whitney Canada, and Hamilton Sundstrand demand judgment in their favor dismissing Plaintiffs'

Complaint for Money Damages directed to it with prejudice and an award of fees, costs, and such other relief as the Court deems just.

    Respectfully submitted this 18th day of August, 2008.

                                                   /s/ Hamilton P. Fox, III
                                                  Hamilton P. Fox, III
                                                  Sutherland Asbill & Brennan LLP
                                                  1275 Pennsylvania Avenue, NW
                                                  Washington, D.C. 20004
                                                  Phone: (202) 383-0666

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of August, 2008, I electronically filed Defendants United Technologies Corporation, United Technologies Corporation d/b/a Pratt & Whitney, Pratt & Whitney Canada Corporation, and Hamilton Sundstrand Corporation's Answer to Plaintiffs' Complaint for Money Damages with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter C. Grenier
Bode & Grenier, LLP
1150 Connecticut Avenue, NW
Washington, D.C. 20036
Phone: (202) 862-4311

*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　___/s/__Hamilton P. Fox, III_____