UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN DARRYL JOHNSON and DANA JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | Case: 1:08-cv-00917(RMC) Consolidated with: |
| vs. | ) ) | |
| EUROCOPTER DEUTSCHLAND GMBH, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| DAVID MARTIN, | ) ) | |
| Plaintiff, | ) ) | Case: 1:09-cv-984(RMC) |
| vs. | ) ) | |
| FSS AIRHOLDINGS, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| NANCY VANDERWEELE, | ) ) | |
| Plaintiff, | ) ) | Case: 1:09-cv-985(RMC) |
| vs. | ) ) | |
| FSS AIRHOLDINGS, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SETTLEMENT

The parties to the action brought by plaintiffs Benjamin Darryl Johnson and Dana Johnson, by and through their attorneys of record, hereby respectfully advise the Court that all claims brought by the *Johnson* plaintiffs against defendants Eurocopter Deutschland GmbH, American Eurocopter LLC, United Technologies Corporation, United Technologies Corporation

d/b/a Pratt & Whitney, Pratt & Whitney Canada Corporation and Hamilton Sundstrand have now been settled.  The *Johnson* case is the last remaining case in this consolidated action; the other cases, *Martin* and *Vanderweele*, were settled earlier this year.

The *Johnson* plaintiffs expect that the details relating to the settlement will be finalized in the very near future.  Once the settlement funds are received by the plaintiffs, the parties will file a stipulation of dismissal with the Court.

Dated:  August 3, 2010                                          Respectfully submitted,

KREINDLER & KREINDLER LLP                     SUTHERLAND, ASBILL &
                                                                          BRENNAN, L.L.P.

By:  _____/s/_____                By: _____/s/_____
     Robert J. Spragg                                              Thomas R. Bundy, III
     Francis G. Fleming                                            1275 Pennsylvania Avenue, NW
     100 Park Avenue, 18th Fl.                                Washington, DC 20004-2415
     New York, NY 10017                                        *Attorneys for Defendants United*
                                                                          *Technologies Corporation, Pratt &*
                                                                          *Whitney Canada Corporation and*
         -and-                                                         *Hamilton Sundstrand Corporation*

BODE & GRENIER, L.L.P.

By:  _____/s/_____
     Peter C. Grenier
     1150 Connecticut Ave., N.W., 9th Fl.
     Washington, DC 20036
     *Attorneys for Plaintiffs Darryl Johnson*
     *and Dana Johnson*

NIXON PEABODY LLP

By:        /s/
   Vernon W. Johnson
    401 Ninth Street, NW, Suite 900
    Washington, DC 20004

      -and-

NIXON PEABODY LLP

By:        /s/
   William L. Robinson
    555 West Fifth Street
    Los Angeles, CA 90013

      -and-

NIXON PEABODY LLP

By:        /s/
   Eric C. Strain
    One Embarcadero Center, 18th Fl.
    San Francisco, CA 94111
    *Attorneys for American Eurocopter Corp.*
    *and Eurocopter Deutschland GmbH*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of August, 2011, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following parties who have appeared and are registered with the CM/ECF system:

> Jonathan M. Stern, Esq.
> Schnader, Harrison, Segal & Lewis, LLP
> 750 9th Street, NW, Suite 550
> Washington, DC  20001
> jstern@schnader.com
>
> Gregory S. Winton, Esq.
> Gregory Winton Law Offices
> One Research Court, Suite 450
> Rockville, MD  20850
> greg@aviationlawexperts.com
>
> Vernon W. Johnson, Esq.
> Nixon Peabody LLP
> 401 Ninth Street, NW, Suite 900
> Washington, DC 20004
> vjohnson@nixonpeabody.com
>
> William L. Robinson, Esq.
> Nixon Peabody LLP
> 555 West Fifth Street
> Los Angeles, CA 90013
> wrobinson@nixonpeabody.com
>
> Eric C. Strain, Esq.
> Nixon Peabody LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA 94111
> estrain@nixonpeabody.com
>
> Thomas R. Bundy, III, Esq.
> Sutherland, Asbill & Brennan L.L.P.
> 1275 Pennsylvania Avenue, NW
> Washington, DC 20004
> thomas.bundy@sutherland.com

Peter C. Grenier, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Ave., N.W., 9th Fl.
Washington, DC 20036
pgrenier@bode.com

/s/
Robert J. Spragg